# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: FREITAG, LENORE M | § | Case No. 16-02960 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 31, 2016. The undersigned trustee was appointed on January 31, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          250,000.00

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 7,532.27 |
| Administrative expenses | 112,395.12 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 18,150.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 111,922.61 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 06/08/2016 and the deadline for filing governmental claims was 07/29/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,494.78.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,494.78, for a total compensation of $10,494.78.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $16.80, for total expenses of $16.80.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2019            By:/s/THOMAS E. SPRINGER
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-02960 | **Trustee:** (330640) THOMAS E. SPRINGER | |
| **Case Name:** FREITAG, LENORE M | **Filed (f) or Converted (c):** 01/31/16 (f) | |
| | **§341(a) Meeting Date:** 02/29/16 | |
| **Period Ending:** 03/12/19 | **Claims Bar Date:** 06/08/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   2014 Kia Sportage 11,000 miles lease | 0.00 | 0.00 | | 0.00 | FA |
| 2   misc household goods | 450.00 | 0.00 | | 0.00 | FA |
| 3   TV DVD player | 100.00 | 0.00 | | 0.00 | FA |
| 4   nec wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5   Cash | 100.00 | 0.00 | | 0.00 | FA |
| 6   Fifth Third Bank Batavia | 200.00 | 0.00 | | 0.00 | FA |
| 7   potential Med Malpractce claim v Boston Scientific Co. Mesh Litigation Center 800-994-1239 value uncertain | 20,000.00 | 31,850.00 | | 250,000.00 | FA |
| **7   Assets   Totals** (Excluding unknown values) | **$20,950.00** | **$31,850.00** | | **$250,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee received settlement amount for vaginal mesh litigation case.  Trustee to review claims and file any objections thereto if necessary and then proceed with preparation of the Final Report

**Initial Projected Date Of Final Report (TFR):**     June 15, 2018          **Current Projected Date Of Final Report (TFR):**     February 26, 2019  (Actual)

Exhibit B

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** 16-02960 | **Trustee:** THOMAS E. SPRINGER (330640) |
| **Case Name:** FREITAG, LENORE M | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4366 - Checking Account |
| **Taxpayer ID #:** **-***7892 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/12/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/02/18 | | BSC Qualified Settlement Fund | | | | 229,967.73 | | 229,967.73 |
| | {7} | Synchrony Bank | Gross settlement | 250,000.00 | 1129-000 | | | 229,967.73 |
| | | | 2% held back for MDL Fund | -5,000.00 | 3210-600 | | | 229,967.73 |
| | | | 3% holdback for MDL PSC Assessment Expense | -7,500.00 | 3992-000 | | | 229,967.73 |
| | | | Medicare Lien (paid by QSF Trustee) | -7,338.36 | 4220-000 | | | 229,967.73 |
| | | | Medicaid Lien (paid by QSF Trustee) | -193.91 | 4220-000 | | | 229,967.73 |
| 11/07/18 | 101 | The Potts Law Firm, LLP | Special Counsel fees pursuant to Order entered 10/5/18 | | 3210-600 | | 47,500.00 | 182,467.73 |
| 11/07/18 | 102 | The Potts Law Firm, LLP | Special Counsel expenses pursuant to Order entered 10/5/18 | | 3220-610 | | 3,726.37 | 178,741.36 |
| 11/07/18 | 103 | The Potts Law Firm, LLP | Shared Expense allocation pursuant to Order entered 10/5/18 | | 3992-000 | | 1,168.75 | 177,572.61 |
| 11/07/18 | 104 | Bailey Peavy Bailey Cowan Heckaman, PLLC | Special Counsel fees pursuant to Order entered 10/5/18 | | 3210-600 | | 33,250.00 | 144,322.61 |
| 11/07/18 | 105 | Pulaski & Middlemann, PLLC | Special Counsel fees pursuant to Order entered 10/5/18 | | 3210-600 | | 14,250.00 | 130,072.61 |
| 11/07/18 | 106 | Lenore Freitag | Debtor's claimed exemptions pursuant to Order entered 10/5/18 | | 8100-002 | | 18,150.00 | 111,922.61 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 229,967.73 | 118,045.12 | **$111,922.61** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 229,967.73 | 118,045.12 | |
| Less: Payments to Debtors | | 18,150.00 | |
| **NET Receipts / Disbursements** | **$229,967.73** | **$99,895.12** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 16-02960 |
| Case Name: | FREITAG, LENORE M |
| Taxpayer ID #: | **-***7892 |
| Period Ending: | 03/12/19 |

| | |
|---|---|
| Trustee: | THOMAS E. SPRINGER (330640) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4366 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | |
|---|---|
| Net Receipts : | 229,967.73 |
| Plus Gross Adjustments : | 20,032.27 |
| Less Payments to Debtor : | 18,150.00 |
| Net Estate : | $231,850.00 |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******4366 | | 229,967.73 | 99,895.12 | 111,922.61 |
| | | $229,967.73 | $99,895.12 | $111,922.61 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: June 8, 2016

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 16-02960 | | | Page: 1 | | **Date:** March 12, 2019 | |
| **Debtor Name:** FREITAG, LENORE M | | | | | **Time:** 10:09:38 AM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | The Potts Law Firm, LLP<br>1901 W. 47th Place<br>Suite 210<br>Westwood, KS 66205 | Admin Ch. 7 | | $47,500.00 | $47,500.00 | 0.00 |
| 200 | Bailey Peavy Bailey Cowan Heckaman, PLLC<br>3737 Buffalo Speedway<br>Suite 1850<br>Houston, TX 77098 | Admin Ch. 7 | | $33,250.00 | $33,250.00 | 0.00 |
| 200 | Pulaski & Middlemann, PLLC<br>2925 Richmond Ave.<br>Suite 1725<br>Houston, TX 77098 | Admin Ch. 7 | | $14,250.00 | $14,250.00 | 0.00 |
| 200 | The Potts Law Firm, LLP<br>1901 W. 47th Place<br>Suite 210<br>Westwood, KS 66205 | Admin Ch. 7 | | $3,726.37 | $3,726.37 | 0.00 |
| 200 | The Potts Law Firm, LLP<br>1901 W. 47th Place<br>Suite 210<br>Westwood, KS 66205 | Admin Ch. 7 | Shared Expense Allocation | $1,168.75 | $1,168.75 | 0.00 |
| TREXP<br>200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $16.80 | $0.00 | 16.80 |
| TRCOMP<br>200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 144895.67] | $10,494.78 | $0.00 | 10,494.78 |
| ATTYEXP<br>200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road  ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6.28 | $0.00 | 6.28 |
| ATTYFEE<br>S<br>200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road  ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4,442.50 | $0.00 | 4,442.50 |
| EXEMPT<br>100 | Lenore Freitag<br>200 N. Island Avenue<br>Apt. 216<br>Batavia, IL 60510 | Secured | | $18,150.00 | $18,150.00 | 0.00 |
| 1<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Acct # 3582 Meijers | $505.43 | $0.00 | 505.43 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 8, 2016

Case Number:  16-02960
Debtor Name:  FREITAG, LENORE M

Page:  2

**Date:** March 12, 2019
**Time:** 10:09:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|--------------------------|----------------|--------------|---------------|
| 2<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Acct#7352 Fashion Bug | $1,488.98 | $0.00 | 1,488.98 |
| 3<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Acct# 8531 | $1,006.41 | $0.00 | 1,006.41 |
| 4<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Acct#  7975 | $351.73 | $0.00 | 351.73 |
| 5<br>610 | St Charles Foot and Ankle<br>2320 Dean st # 104<br>Saint Charles, IL 60175 | Unsecured | | $576.68 | $0.00 | 576.68 |
| 6<br>610 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | Acct# 4333 Kohls | $668.58 | $0.00 | 668.58 |
| 7<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Acct# 4255 | $1,927.26 | $0.00 | 1,927.26 |
| 8<br>610 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Acct# 8873 BP Visa | $2,211.93 | $0.00 | 2,211.93 |
| 9<br>610 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(CARE CREDIT),POB 41067<br>Norfolk, VA 23541 | Unsecured | Acct# 3496 | $1,124.51 | $0.00 | 1,124.51 |
| 1I<br>640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $7.50 | $0.00 | 7.50 |
| 2I<br>640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $22.11 | $0.00 | 22.11 |
| 3I<br>640 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14.94 | $0.00 | 14.94 |
| 4I<br>640 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5.22 | $0.00 | 5.22 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 8, 2016

**Case Number:** 16-02960    Page: 3    **Date:** March 12, 2019
**Debtor Name:** FREITAG, LENORE M    **Time:** 10:09:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5I 640 | St Charles Foot and Ankle<br>2320 Dean st # 104<br>Saint Charles, IL 60175 | Unsecured | | $8.56 | $0.00 | 8.56 |
| 6I 640 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $9.93 | $0.00 | 9.93 |
| 7I 640 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $28.61 | $0.00 | 28.61 |
| 8I 640 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $32.84 | $0.00 | 32.84 |
| 9I 640 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(CARE CREDIT),POB 41067<br>Norfolk, VA 23541 | Unsecured | | $16.70 | $0.00 | 16.70 |
| SURPLUS 650 | FREITAG, LENORE M<br>200 N ISLAND Ave.<br>APT 216<br>BATAVIA, IL 60510 | Unsecured | | $86,954.33 | $0.00 | 86,954.33 |
| << Totals >> | | | | 229,967.73 | 118,045.12 | 111,922.61 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-02960
Case Name: FREITAG, LENORE M
Trustee Name: THOMAS E. SPRINGER

| | **Balance on hand:** | **$** | **111,922.61** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 111,922.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 10,494.78 | 0.00 | 10,494.78 |
| Trustee, Expenses - THOMAS E. SPRINGER | 16.80 | 0.00 | 16.80 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 4,442.50 | 0.00 | 4,442.50 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 6.28 | 0.00 | 6.28 |
| Other Fees: Bailey Peavy Bailey Cowan Heckaman, PLLC | 33,250.00 | 33,250.00 | 0.00 |
| Other Expenses: The Potts Law Firm, LLP | 4,895.12 | 4,895.12 | 0.00 |
| Other Fees: Pulaski & Middlemann, PLLC | 14,250.00 | 14,250.00 | 0.00 |
| Other Fees: The Potts Law Firm, LLP | 47,500.00 | 47,500.00 | 0.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 14,960.36 |
| | Remaining balance: | $ | 96,962.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 96,962.25 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None     |          |                        |                          |                  |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 96,962.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,861.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| 1 | Quantum3 Group LLC as agent for | 505.43 | 0.00 | 505.43 |
| 2 | Quantum3 Group LLC as agent for | 1,488.98 | 0.00 | 1,488.98 |
| 3 | Discover Bank | 1,006.41 | 0.00 | 1,006.41 |
| 4 | Capital One Bank (USA), N.A. | 351.73 | 0.00 | 351.73 |
| 5 | St Charles Foot and Ankle | 576.68 | 0.00 | 576.68 |
| 6 | CAPITAL ONE, N.A. | 668.58 | 0.00 | 668.58 |
| 7 | Synchrony Bank | 1,927.26 | 0.00 | 1,927.26 |
| 8 | Portfolio Recovery Associates, LLC | 2,211.93 | 0.00 | 2,211.93 |
| 9 | Portfolio Recovery Associates, LLC | 1,124.51 | 0.00 | 1,124.51 |

|  | Total to be paid for timely general unsecured claims: | $ | 9,861.51 |
|---|---|---|---|
|  | Remaining balance: | $ | 87,100.74 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 87,100.74 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 87,100.74 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $146.41.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 86,954.33.

**UST Form 101-7-TFR (05/1/2011)**