UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **LENORE M. FREITAG** | ) | Bankruptcy No. 16-02960 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Gary Shilts
23 Boulder Pass
Montgomery, IL  60538

**VIA REGULAR MAIL**

Lenore M. Freitag
200 N ISLAND Ave.
APT 216
BATAVIA, IL 60510

 Bailey Peavy Bailey Cowan
Heckaman, PLLC
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

The Potts Law Firm, LLP
1901 W. 47th Place
Suite 210
Westwood, KS 66205

Pulaski & Middlemann, PLLC
2925 Richmond Ave.
Suite 1725
Houston, TX 77098

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

St Charles Foot and Ankle
2320 Dean st # 104
Saint Charles, IL 60175

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
POB 41067
Norfolk, VA 23541

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000